IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY ANDRIS<br>        Plaintiff<br><br>v.<br><br>ABINGTON JEFFERSON HEALTH<br>        Defendant | CIVIL ACTION<br>No.: 2:20-cv-06149 |

**STIPULATION OF VOLUNTARY DISMISSAL**

It is hereby stipulated by and between the parties and their counsel that the above captioned action is hereby DISMISSED WITHOUT PREJUDICE pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: 12/10/20

By: _____
Ethan R. O'Shea, Esquire/No. 69713
HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN, P.C.
375 Morris Road, P.O. Box 1479
Lansdale, PA  19446
(215)661-0400
eoshea@hrmml.com
*Attorney for Plaintiff*

Date: 12/10/2020

By: _____
Christopher J. Moran, Esquire/No. 68142
TROUTMAN PEPPER HAMILTON
SANDERS, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215)981-4169
christopher.moran@troutman.com
*Attorney for Defendant*

{02969584;v1 }